NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| MARK E. COOK, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-2952 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.


PER CURIAM.

    Affirmed.  See State v. Brooks, 890 So. 2d 503 (Fla. 2d DCA 2005);

Sirmons v. State, 775 So. 2d 389 (Fla. 2d DCA 2000); State v. Gutierrez, 10 So. 3d 158

(Fla. 3d DCA 2009).


KELLY, MORRIS, and SLEET, JJ., Concur.